IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-11226
Conference Calendar

_____


VICTOR L. BROWN,

                                        Plaintiff-Appellant,

versus

WAYNE SCOTT, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE ET. AL.,

                                        Defendants-Appellees.

---------------------

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:97-CV-187

---------------------

August 19, 1998

Before KING, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:*

     Victor L. Brown, Texas prisoner #606126, appeals the

district court's dismissal of his 42 U.S.C. § 1983 complaint as

frivolous.  He argues that the district court improperly

dismissed his claims concerning his disciplinary hearing and that

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

his First Amendment right to practice Islam is impinged by prison regulations that require him to shave. Brown has abandoned any issue regarding denial of access to the courts because of the confiscation of his legal papers by not raising this issue on appeal. *Evans v. City of Marlin, Tex.*, 986 F.2d 104, 106 n.1 (5th Cir. 1993).

We have reviewed the record and Brown's brief and AFFIRM for essentially the same reasons adopted by the district court. *Brown v. Scott*, No. 7:97-CV-0187X (N.D. Tex. Oct. 15, 1997). Brown's appeal is without merit and therefore frivolous. *See Howard v. King*, 707 F.2d 215, 219-20 (5th Cir. 1983). Because the appeal is frivolous, it is DISMISSED. *See* 5TH CIR. R. 42.2. We caution Brown that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions. To avoid sanctions, Brown is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTIONS WARNING ISSUED.